IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Gayla Clubb, | ) |
| | ) |
|     *Plaintiff*, | ) |
| | ) Case No. 18-cv-50197 |
| v. | ) |
| | ) Magistrate Judge Lisa A. Jensen |
| Dave Ernest et al, | ) |
| | ) |
|     *Defendant*. | ) |

**ORDER**

REPORT AND RECOMMENDATION: On 4/26/2022, counsel for Defendant Kent Hess, M.D. filed a suggestion of death. Dkt. 227. The suggestion of death was served on Marilyn Hess on 4/29/2022. Dkt. 231. Pursuant to Fed. R. Civ. P. 25(a)(1), any motion to substitute a proper party for Defendant Hess was due 7/28/2022. This Court's prior order stated that if no motion to substitute was filed by 7/28/2022, this Court would enter a report and recommendation that Defendant Hess be dismissed. Dkt. 241. To date, no motion to substitute has been filed. Accordingly, it is this Court's report and recommendation that Defendant Kent Hess, M.D. be dismissed under Fed. R. Civ. P. 25(a)(1). Any objection to this Report and Recommendation must be filed by 8/16/2022. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 26061 (7th Cir. 1989). Signed by the Honorable Lisa A. Jensen on 8/2/2022.

Date: 8/2/2022        By: _____
                                                         Lisa A. Jensen
                                                         United States Magistrate Judge