IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Gayla Clubb, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 C 50197 |
| | ) | |
| vs. | ) | |
| | ) | Judge Philip G. Reinhard |
| Dave Ernest, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

    On August 2, 2022, Magistrate Judge Jensen entered a report and recommendation [251] that defendant Kent Hess, M.D. be dismissed under Fed. R. Civ. P. 25(a)(1). A suggestion of the death of Dr. Hess had been filed and served and no motion to substitute a proper party for Dr. Hess has been filed within the time allowed by rule. No objection to the report and recommendation has been filed. The court has reviewed the record and accepts the report and recommendation. Defendant Kent Hess M.D. is dismissed as a defendant in this case.

Date: 8/19/2022                      ENTER:

_____
United States District Court Judge

                                        Notices mailed by Judicial Staff. (LC)